LITTLE ROCK SCHOOL
DISTRICT, Appellee,

Lorene Joshua, as next friend of minors Leslie Joshua, Stacy Joshua and Wayne Joshua; Rev. Robert Willingham, as next friend of minor Tonya Willingham; Sara Matthews as next friend of Khayyam Davis, Alexa Armstrong and Karlos Armstrong; Mrs. Alvin Hudson as next friend of Tatia Hudson; Mrs. Hilton Taylor as next friend of Parsha Taylor, Hilton Taylor, Jr. and Brian Taylor; Rev. John M. Miles as next friend of Janice Miles and Derrick Miles; Rev. Robert Willingham on behalf of and as President of the Little Rock Branch of the NAACP; Lorene Joshua on behalf of and as President of the No. Little Rock Branch of the NAACP, Appellants,

Katherine Knight, Individually and as President of the Little Rock Classroom Teachers Association (LRCTA); LRCTA; Ed Bullington, individually and as President of the Pulaski Association of Classroom Teachers (PACT); PACT; John Harrison, Individually and as President of the North Little Rock Classroom Teachers Association (NLRCTA); NLRCTA; Milton Jackson, Individually and as an Non–Certified Educational Support Employee of the Little Rock School District,

v.

PULASKI COUNTY SPECIAL SCHOOL DISTRICT NO. 1; North Little Rock School District; Murry Witcher; Ginny Jones; Vicki Stephens; Dixie Harrison; Larry Lazenby; and Rose Wilshire; Arkansas State Board of Education; Wayne Hartsfield; Walter Turnbow; Harry A. Haines; Jim Dupree; Dr. Harry P. McDonald; Robert L. Newton; Alice L. Preston; Jeff Starling; Earle Love, Mac Faulkner; Bob Moore; Don Hindman; Shirley Lowery; Sheryl Dunn; David Sain; Bob Stender; Grainger Williams; Richard A. Giddings; George A. McCrary; Buddy Raines and Dale Ward; Charles Stratton; Mildred Tatum; Benny O'Neil, Mack McAlister, Appellees.

In re LITTLE ROCK SCHOOL
DISTRICT, Petitioner.

Nos. 87–1404, 87–1537, 87–1750, 87–1751, 87–1805, 87–1806, 87–1837, 87–1921, 87–2071, 87–2371 and 87–2150.

United States Court of Appeals, Eighth Circuit.

Dec. 12, 1988.

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

On the Court's own motion this appeal is hereby dismissed as moot, all issues having been resolved in companion consolidated appeals—87–1404, et al. Mandate Forthwith.